THE STATE OF OHIO, APPELLANT, *v.* MUTTER, APPELLEE.

[Cite as *State v. Mutter,* 117 Ohio St.3d 536, 2008-Ohio-1591.]

(Nos. 2007–0637 and 2007–0639—Submitted March
12, 2008—Decided April 9, 2008.)

---

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *Hyle v. Porter,* 117 Ohio St.3d 165, 2008-Ohio-542, 882 N.E.2d 899.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

---

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.